IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CODY VAUGHN and GLADYS COSTON-GIBSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HERSHEY COMPANY, a Delaware corporation,<br><br>Defendant. | Case No: 1:25-cv-01394<br><br>Hon. Karoline Mehalchick |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs hereby give notice that the above captioned action is voluntarily dismissed *without* prejudice against Defendant, The Hershey Company. Defendant has not served an answer or motion for summary judgment.

Date: September 30, 2025

Respectfully submitted,

*/s/ Jesse L. Young*
Jesse L. Young (P72614)*
**SOMMERS SCHWARTZ, P.C.**
141 E. Michigan Avenue, Suite 600
Kalamazoo, Michigan 49007
(269) 250-7500
jyoung@sommerspc.com

Gary F. Lynch (PA 56887)
**LYNCH CARPENTER LLP**

1

1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
(412) 322-9243
gary@lcllp.com

*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs and the Proposed Collective and Class Members*